

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. **3-15CR-0168M** |
| AL HAKEEM MUHAMMAD, II | |

## INDICTMENT

The Grand Jury Charges:

At all times material to the indictment:

Count One
Misrepresentation of a Social Security Number
(Violation of 42 U.S.C. § 408(a)(7)(B)

On or about January 5, 2015, in the Dallas Division of the Northern District of Texas, defendant **Al Hakeem Muhammad, II**, did knowingly and with intent to deceive, falsely represent a number to be the social security number assigned to him by the Commissioner of Social Security, when, in truth and in fact, such social security number was not assigned to him, and such false representation was made by **Muhammad** in a credit application completed for the purpose of fraudulently obtaining an apartment lease at Arpeggio located at Victory Park in Dallas, Texas.

In violation of 42 U.S.C. § 408(a)(7)(B).

**[REMAINDER OF PAGE LEFT BLANK, ONLY SIGNATURES FOLLOW]**

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
Acting United States Attorney

_____
DAVID L. JARVIS
Assistant United States Attorney
Texas Bar No. 10585500
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8729
Facsimile: 214.767.4104
david.jarvis@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

AL HAKEEM MUHAMMAD, II

INDICTMENT

42 USC § 408(a)(7)(B)
Misrepresentation of a Social Security Number

1 Count

A true bill rendered

_____
DALLAS                                                              FOREPERSON

Filed in open court this _____ day of May 2015

_____
                                                                          Clerk

Warrant to be Issued

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Criminal matter pending